AO 91 (Rev. 11/11) Criminal Complaint

**FILED**

MAR 3 1 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 4:22-mj- **3 /** |
| **ELLIOTT VELEZ** | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 9, 2021 and September 14, 2021_ in the Eastern District of Virginia, the defendant(s) violated:

| _Code Section(s)_ | _Offense Description(s)_ |
|---|---|
| 18 U.S.C., § 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:  Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

_____
Devon Heath,
Assistant United States Attorney

_____
_Complainant's signature_

Desirae Maldonado, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date:      March 31, 2022

_____
_Judge's signature_

City and state:   Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
_Printed name and title_