


# BIOGRAPHY
## UNITED STATES AIR FORCE

### SENIOR MASTER SERGEANT ELLIOTT D. VELEZ



Senior Master Sergeant Elliott D. Velez is an Enlisted Professional Developmental Manager, assigned to Air Combat Command Headquarters at Joint Base Langley-Eustis, Virginia. He coordinates with Air Staff and Major Command Functional Managers to create training and support professional development plans based on Air Force needs for over sixty-two thousand enlisted personnel serving at over 215 locations around the globe. Strategically, these efforts ensure the integration of training methods, systems and processes to help accomplish Air Force goals and objectives.

Prior to this assignment he served as the Superintendent of Safety, United States Air Force Warfare Center, Nellis Air Force Base (AFB), Nevada. He was responsible for implementing pertinent Department of Defense and Department of the Air Force Safety policies for over 13,000 Airmen across 21 locations in the continental United States. In this capacity Sergeant Velez assisted subordinate organizations and the Warfare Center to conduct live and virtual operational test and evaluation, tactics development and advanced training to optimize capabilities and prepare Airmen for joint and all domain combat operations. His efforts earned him the Air Force Safety Special Achievement Award in 2019 and directly contributed to the Air Combat Command's Air Force Occupational Safety Award win in 2020.

Senior Master Sergeant Velez hails from Ipswich, England. He is married to Joanne Marie Gonzalez-Velez and has two daughters, Tayleigh and Maliyah. After graduating from Aviano High School, he enlisted in the Air Force in January 2003. Upon graduation of Air Force Basic Military Training, he attended the Supply Management Apprentice course at Joint Base San Antonio (JBSA) - Lackland AFB, Texas. In April 2003, he graduated from the course at the top of his class, earning Honor Graduate for outstanding academic scores, positive behavior and class participation. His first assignment was at the 56th Logistics Readiness Squadron, Luke AFB, Arizona. Over a span of eight years, he gained logistical and supervisor experience supporting aircraft operations and pilot training for a fleet of over 200 F-16 aircraft. In 2012, Sergeant Velez cross trained to the Air Force Occupational Safety career field and graduated the Occupational Safety Apprentice Course at JBSA – Lackland AFB, Texas. Over the last 10 years, Sergeant Velez led implementation of safety and risk management policies pertinent to the United States Air Force by providing safety consultation to Commanders and Senior Air Force Leaders to prevent mishaps, preserve resources and enable mission capability through risk mitigation. This includes assignments as the Non-Commissioned Officer In-Charge (NCOIC) and Superintendent of Safety at Air Force Base's in Arizona, the Republic of Korea, Texas and Nevada.

His career includes a two-year career broadening position. Sergeant Velez was hand-picked by the Command Chief Master Sergeant to serve as the Career Assistance Advisor at JBSA - Randolph AFB, Texas. Here he oversaw the Professional Development Program for the base, serving as the principal advisor to all unit Commanders and Supervisors on retention issues. In addition to promoting personal and professional growth for Airmen base-wide, he guided them through making informed decisions for their military career, through career path counseling, reenlistments, retraining and specialty job opportunities.

Senior Master Sergeant Velez career includes two combat deployments tours to Kirkuk Air Base, Iraq in support of Operation IRAQI FREEDOM. In 2008 he served as NCOIC of War Reserve Material valued over four million dollars enabling mission supporting units for the Air Expeditionary Wing. In 2007 he served as a Force Protection Escort to coordinate movement of construction areas near and on the flight line for Air Base operations. He specifically distinguished himself by locating three unexploded ordinances in a single day. His flawless actions prevented possible injuries to personnel, damage to equipment and mission degradation.

**EDUCATION**
2003  Supply Management Apprentice Course, Sheppard AFB, TX
2007  Airman Leadership School, Luke AFB, AZ
2008  Applied Sciences Associates degree, Logistics, Community College of the Air Force
2011  NCO Academy, Sheppard AFB, TX
2012  Occupational Safety Apprentice Course, JBSA-Lackland AFB, TX
2012  Applied Sciences Associates degree, Occupational Safety, Community College of the Air Force
2012  Mishap Investigation, Non-Aviation Course, Kirtland AFB, NM

2013 Occupational Safety Craftsman Course, JBSA-Lackland AFB, TX
2014 Air Force Risk Management Application and Integration Course, Kirtland AFB, NM
2014 Safety Managers Course, Kirtland AFB, NM
2015 Professional Manager Certification
2015 Bachelor's of Science in Business Management, University of Phoenix
2016 Senior NCO Academy, Gunter-Maxwell AFB, AL
2016 Senior Enlisted Joint Professional Military Education
2020 Master of Science in Leadership, Trident, American International University

## ASSIGNMENTS

2003-2011 Supply Craftsman, 56th Logistics Readiness Squadron, Luke AFB, AZ
2011-2013 NCOIC Occupational Safety, 56th Fighter Wing, Luke AFB, AZ
2013-2014 NCOIC Occupational Safety, 51st Fighter Wing, Osan Air Base, Republic of Korea
2014-2016 Superintendent of Safety Operations, 502d Air Base Wing JBSA – Ft. Sam Houston, TX
2016-2018 Career Assistance Advisor, 502d Air Base Wing JBSA – Randolph AFB, TX
2018-2021 Occupational Safety Superintendent, US Air Force Warfare Center, Nellis AFB, NV
2021-2022 Enlisted Professional Development Manager, Air Combat Command, Joint Base Langley-Eustis, VA

## MAJOR AWARDS AND DECORATIONS

Meritorious Service Medal with two Oak Leaf Clusters
Air Force Commendation Medal with one Oak Leaf Cluster
Air Force Achievement Medal with one Oak Leaf Cluster
Meritorious Unit Award with one Oak Leaf Cluster
Air Force Outstanding Unit Award with one Silver and one Bronze Oak Leaf Clusters
Air Force Organizational Excellence Award
Air Force Good Conduct Medal with four Oak Leaf Clusters
National Defense Service Medal
Iraq Campaign Medal with Bronze Star
Global War on Terrorism Expeditionary Medal
Global War on Terrorism Service Medal
Korea Defense Service Medal
Air Force Overseas Ribbon Short Tour
Air Force Expeditionary Service Ribbon with Gold Border
Air Force Longevity Service with three Oak Leaf Clusters
Air Force Special Duty Ribbon
USAF NCO PME Graduate Ribbon with two Oak Leaf Clusters
Small Arms Expert Marksman Ribbon
Air Force Training Ribbon

## OTHER ACHIEVEMENTS

2003 Airman of the Month, November, 56th Fighter Wing TOP 3, Luke AFB, AZ
2004 Airman of the Month, August, 56th Logistics and Readiness Squadron, Luke AFB, AZ
2005 Airman of the Quarter, 2nd Quarter, 56th Logistics and Readiness Squadron, Luke AFB, AZ
2007 Unsung Hero Award, Kirkuk Regional Air Base TOP 3, Kirkuk Air Base, Iraq
2012 NCO of the Quarter, 3rd Quarter, Wing Staff Agencies, 56th Fighter Wing, Luke AFB, AZ
2013 Safety Professional of the Year, Annual, Air Education and Training Command
2014 Senior NCO of the Quarter, 1st Quarter, 51st Fighter Wing, Osan AB, Republic of Korea
2015 Senior NCO of the Quarter, 3rd Quarter, Wing Staff, 502d Air Base Wing, JBSA-Ft. Sam Houston, TX
2016 Senior NCO of the Quarter, 1st Quarter, Wing Staff, 502d Air Base Wing, JBSA-Ft. Sam Houston, TX
2017 Senior NCO of the Quarter, 2nd Quarter, 502d Mission Support Group, JBSA-Randolph AFB, TX
2018 Billy Boles Mentorship Award, Annual, Air Education and Trainnig Command, JBSA-Randolph AFB, TX
2019 Senior NCO of the Quarter, 3rd Quarter, Headquarters Staff, US Air Force Warfare Center, Nellis AFB, NV
2019 Air Force Safety Special Achievement Award, US Air Force Warfare Center, Nellis AFB, NV
2020 Senior NCO of the Quarter, 2nd Quarter, Headquarters Staff, US Air Force Warfare Center, Nellis AFB, NV
2020 Senior NCO of the Year, Annual, Headquarters Staff, US Air Force Warfare Center, Nellis AFB, NV

## EFFECTIVE DATES OF PROMOTION

| Rank | Year |
|---|---|
| Airman Basic | 2003 |
| Airman | 2003 |
| Airman First Class | 2004 |
| Senior Airman | 2005 |
| Staff Sergeant | 2007 |
| Technical Sergeant | 2011 |
| Master Sergeant | 2014 |
| Senior Master Sergeant | 2018 |