# ELLIOTT VELEZ SMSGT, USAF
# LIST OF AWARDS & DECORATIONS



1. Meritorious Service Medal w/2 Oak Leaf Clusters
2. Air Force Commendation Medal w/Oak Leaf Cluster
3. Air Force Achievement Medal w/Oak Leaf Cluster
4. Air Force Meritorious Unit Award w/Oak Leaf Cluster
5. Air Force Outstanding Unit Award w/Silver & Bronze Oak Leaf Clusters
6. Air Force Organizational Excellence Award
7. Air Force Good Conduct Medal w/4 Oak Leaf Clusters
8. National Defense Service Medal
9. Iraq Campaign Medal w/Bronze Star
10. Global War on Terrorism Expeditionary Medal
11. Global War on Terrorism Service Medal
12. Korea Defense Service Medal
13. Air Force Overseas Short Tour Ribbon
14. Air Force Expeditionary Service Ribbon w/Gold Border
15. Air Force Longevity Service Award w/3 Oak Leaf Clusters
16. Air Force Special Duty Ribbon
17. Air Force NCO PME Graduate Ribbon w/2 Oak Leaf Clusters
18. Small Arms Expert Rifle Ribbon
19. Air Force Training Ribbon



# DEPARTMENT OF THE AIR FORCE

THIS IS TO CERTIFY THAT

## THE AIR FORCE ACHIEVEMENT MEDAL

HAS BEEN AWARDED TO

**STAFF SERGEANT ELLIOTT D. VELEZ**

FOR

**OUTSTANDING ACHIEVFMENT**
**16 JANUARY 2008 TO 16 MAY 2008**

### ACCOMPLISHMENTS

Staff Sergeant Elliott D. Velez distinguished himself by outstanding achievement as Noncommissioned Officer in Charge of War Reserve Material, 506th Expeditionary Civil Engineer Squadron, 506th Air Expeditionary Group, 332d Air Expeditionary Wing, Kirkuk Regional Air Base, Iraq. During this period, Sergeant Velez initiated a joint inventory between war reserve material and heating, ventilation and air conditioning to provide one master list of 400 environmental control units, including exact locations for two million dollars worth of assets. Sergeant Velez also tracked down and inventoried all 36 secondary distribution centers, totaling over 1.8 million dollars. His tireless efforts reduced inventory turnover time by more than 50 man hours. Additionally, Sergeant Velez worked the cumbersome requisition process to acquire a 19,000 dollar back pressure regulator required to transition the Air Force living area from Reverse Osmosis Water Purification Unit supply to well water, thus reducing demand on the maxed-out water plant by 27 percent. Finally, Sergeant Velez diligently worked to acquire a new 300,000 dollar Electric Airfield Lighting System to replace a system that had been failing and cannibalized over a five year period, drastically improving the reliability of critical airfield lighting. The distinctive accomplishments of Sergeant Velez reflect credit upon himself and the United States Air Force.         GIVEN UNDER MY HAND

**28 APRIL 2008**

**GARY L. NORTH**
Lieutenant General, USAF
Commander, USCENT

AF FORM 2274, 20000101          Special Order: G-15793          Condition: 4     PAS: YYYYYYYY  RDP: 28 MAR 2008



# DEPARTMENT OF THE AIR FORCE

## THIS IS TO CERTIFY THAT

## THE AIR FORCE ACHIEVEMENT MEDAL
### (FIRST OAK LEAF CLUSTER)
## HAS BEEN AWARDED TO

### STAFF SERGEANT ELLIOT DALE VELEZ

### FOR

### OUTSTANDING ACHIEVEMENT
### 8 APRIL 2010

### ACCOMPLISHMENTS

Staff Sergeant Elliott Dale Velez distinguished himself by outstanding achievement as War Readiness Craftsman, 56th Component Maintenance Squadron, 56th Maintenance Group, 56th Fighter Wing, Luke Air Force Base, Arizona. While driving home from work, Sergeant Velez embodied service before self when he witnessed a vehicle strike a 16-year old bicyclist. He immediately assessed the chaotic situation and directed a bystander to call for medical assistance as he began rendering life-saving first aid to stabilize the victim. When paramedics arrived Sergeant Velez briefed them on the victims situation and assisted with placing a neck brace on and securing him to a stretcher. While waiting for the medical evacuation helicopter to arrive, Sergeant Velez was able to find the victim's cellular phone and alert family members of the accident and direct them to the hospital. The distinctive accomplishments of Sergeant Velez reflects credit upon himself and the United States Air Force.

### GIVEN UNDER MY HAND

### 18 AUGUST 2010

DEBORAH J. LIDDICK, Colonel, USAF
Commander, 56th Maintenance Group

Special Order: GA-115          Condition: 4   PAS: LY0JFG67 RDP: 27-MAY-2010



# DEPARTMENT OF THE AIR FORCE

## THIS IS TO CERTIFY THAT

## THE AIR FORCE COMMENDATION MEDAL

### HAS BEEN AWARDED TO

STAFF SERGEANT ELLIOT DALE VELEZ

### FOR

MERITORIOUS SERVICE
14 MAY 2003 TO 10 MARCH 2011

### ACCOMPLISHMENTS

Staff Sergeant Elliot Dale Velez distinguished himself by meritorious service as War Readiness Craftsman, 56th Component Maintenance Squadron, 56th Maintenance Group, 56th Fighter Wing, Luke Air Force Base, Arizona. During this period, Sergeant Velez deployed to Kirkuk Air Base, Iraq, where he was instrumental in procuring a new aircraft runway lighting system. His persistent efforts resulted in increased airfield visibility and enhanced the safety of the 506th Air Expeditionary Group's combat operations. Additionally, Sergeant Velez's leadership was crucial in requisitioning over 1,000 F-16 fuel system components. His outstanding efforts directly contributed to the wing generating 24,503 sorties and graduating 306 combat-ready F-16 pilots, and led to the squadron's 2010 Headquarters Air Education and Training Command Maintenance Effectiveness Award. Finally, Sergeant Velez expertly orchestrated three Time Compliance Technical Orders affecting over 300 external fuel tanks. His skillful management ensured uninterrupted mission support and solidified the group's 2010 Headquarters Air Education and Training Command Maintenance Daedalian Award. The distinctive accomplishments of Sergeant Velez reflect credit upon himself and the United States Air Force.

GIVEN UNDER MY HAND

16 FEBRUARY 2011

DEBORAH J. LIDDICK, Colonel, USAF
Commander, 56th Maintenance Group



**AIR EDUCATION AND TRAINING COMMAND**
**UNITED STATES AIR FORCE**
Office of the Director of Safety
244 F Street East Suite 01
**RANDOLPH AIR FORCE BASE TEXAS 78150-4328**

20 November 2012

Technical Sergeant Elliott D. Velez
56th Fighter Wing
14185 W. Falcon St.
Luke AFB AZ 85309-1629

Dear Sergeant Velez

Congratulations on your selection as the Air Education and Training Command winner of the 2012 Ground Safety Technician of the Year. Your many significant accomplishments this past year are proof positive that you richly deserve this prestigious award.

Again, I send congratulations and thank you for setting the standard of excellence in AETC---well done!

Sincerely

TAL W. METZGAR
Colonel, USAF
Director of Safety



**56TH FIGHTER WING**
**14185 West Falcon Street**
**Luke AFB AZ 85309-1629**

**22 January 2013**

**Technical Sergeant Elliott D. Velez**
**56th Fighter Wing**

**Dear Sergeant Velez**

I would like to add my congratulations to those of Colonel Tal Metzgar, Air Education and Training Command Director of Safety, on your selection as the AETC 2012 Ground Safety Technician of the Year.

Thank you for your outstanding performance and dedication to making your wing and your Air Force the best in the world. As an award winner, everyone will expect more of you. I'm confident you are up to that challenge – to be deserving of your success and pay it forward.

Sincerely

MICHAEL D. ROTHSTEIN
Brigadier General, USAF
Commander

*Beware the Thunderbolt!*

# From the office of the



# 56th Fighter Wing Command Chief

7 July 2013

Dear Sergeant Velez

Congratulations on your graduation from the NCO Academy! This accomplishment serves as a true testament to your perseverance, hard work and dedication, and clearly illustrates that you have the necessary traits to be a successful NCO in today's demanding Air Force!

Thank you for your continued service...I wish you good luck and God Speed in the remainder of your career!

Sincerely

DAVID R. STATON, CMSgt, USAF
56th Fighter Wing, Command Chief



# DEPARTMENT OF THE AIR FORCE

## THIS IS TO CERTIFY THAT

## THE AIR FORCE COMMENDATION MEDAL

### (FIRST OAK LEAF CLUSTER)
### HAS BEEN AWARDED TO

### TECHNICAL SERGEANT ELLIOTT D. VELEZ

### FOR

### MERITORIOUS SERVICE
### 11 MARCH 2011 TO 30 OCTOBER 2013
### ACCOMPLISHMENTS

Technical Sergeant Elliott D. Velez distinguished himself by meritorious service as Noncommissioned Officer In Charge, Ground Safety, 56th Fighter Wing, Luke Air Force Base, Arizona. Sergeant Velez served as a vital member of the safety team for "Luke Days" 2011 Open House which executed with zero safety incidents for 250,000 attendees. He led the Emergency Management Exercise safety team during the 2011 Air Education and Training Command Unit Compliance Inspection which earned the team an "Excellent" rating. Sergeant Velez's oversight of the wing's Mishap Prevention Program helped reduce mishaps by 30 percent, crushing the 25-percent goal and setting a historically low mishap rate for the wing. He also led the six-member ground safety team through 132 mishap investigations, 23 unit inspections, and 28 training courses. Furthermore, Sergeant Velez identified fall-protection violations and provided expert analysis that safeguarded 17 civil-engineering workers with zero citations from the Occupational Safety and Health Administration. The distinctive accomplishments of Sergeant Velez reflect credit upon himself and the United States Air Force.

### GIVEN UNDER MY HAND

27 NOV 2013

MICHAEL D. ROTHSTEIN
Brigadier General, USAF
Commander, 56th Fighter Wing



AF FORM 2224, JUL 99              Special Order: GA-123      Condition: 6 PAS: LV0JFD3T BDB: 7 AUG 2013



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF
AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS
AWARDED

## THE MERITORIOUS SERVICE MEDAL

TO

MASTER SERGEANT ELLIOTT D. VELEZ

FOR

MERITORIOUS SERVICE
4 NOVEMBER 2013 TO 5 NOVEMBER 2014

## ACCOMPLISHMENTS

Master Sergeant Elliott D. Velez distinguished himself in the performance of outstanding service to the United States as Noncommissioned Officer In Charge, Ground Safety, 51st Fighter Wing, Osan Air Base, Republic of Korea. During this period, Sergeant Velez led a ground safety team supporting ten thousand personnel including eight geographically separated units. He oversaw 60 unit ground safety program assesments and 430 spot inspections, identifying and mitigating 162 hazards to personnel and resources. He also discovered and fixed a critical flaw in the mishap reporting program, leading to an 18 percent increase in on-time reporting. Additionally, Sergeant Velez provided safety oversight of 394 million dollars in military construction projects, reviewing 56 blueprint designs for engineering control measures, resulting in zero safety hazards. Furthermore, he served as the Wing Staff Agency's interim First Sergeant, resolving 29 personnel issues over a four week period. Finally, his steadfast professionalism and dedication to the mission and people culminated in his selection as the Wing Staff Agency Noncomissioned Officer of the Quarter for the First Quarter of 2014. The singularly distinctive accomplishments of Sergeant Velez reflect great credit upon himself and the United States Air Force.

GIVEN UNDER MY HAND
27 JANUARY 2015

BROOK J. LEONARD, Colonel, USAF
Commander, 51st Fighter Wing

Special Order:     GB 907          Condition: 6     PAS: OP0RFC5X     RDP:     26AUG2014

AF FORM 2228, AUG 98

# APPRECIATION FOR OUTSTANDING SERVICE

**The San Antonio Area Combined Federal Campaign**

presented to

# MSGT ELLIOT VELEZ

In appreciation of your leadership, initiative and concern for the Combined Federal Campaign, this certificate is awarded to you for your efforts in helping us conduct a successful campaign of sharing with others.



RICHARD F. ROBEL JR.
Director, San Antonio CFC

**2015 PROJECT OFFICER**

CFC
Combined Federal Campaign



# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## MSgt Elliott Velez

HAS SUCCESSFULLY COMPLETED

# AIRMANSHIP 300 FACILITATOR TRAINING

2 November 2016

**Joseph M. Rizzuto, Col, USAF**
**Director, Profession of Arms Center of Excellence**



# A Certificate of
# Recognition

*that the Texas Flag Awarded To*
*The Chamber's Hidden Hero of the Month*

## MSgt Elliot Velez

*From State Senator*
*Donna Campbell, M.D.*

*was flown over the Capitol of the Great State of Texas.*



*In testimony whereof I have*
*hereto signed my name and*
*officially caused the Seal of the*
*State of Texas to be affixed at my*
*office on the 8th day of May, 2017.*

Senator Donna Campbell

Senator Donna Campbell, M.D.



# Certificate of Excellence

In honor of your stellar leadership, initiative and devotion to duty, we hereby present this certificate to:

## Master Sergeant Elliott D. Velez
## 502d Force Support Squadron

as the Air Education and Training Command's winner of the 2017 A1 Awards Program, General Billy J. Boles Mentorship Award

1 February 2018

RICHARD O. COLE, Colonel, USAF
Director, Manpower, Personnel & Services



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:
THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF
AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS
AWARDED

## THE MERITORIOUS SERVICE MEDAL

(FIRST OAK LEAF CLUSTER)

TO

**MASTER SERGEANT ELLIOTT D. VELEZ**

FOR

**MERITORIOUS SERVICE**

**29 FEBRUARY 2016 TO 1 SEPTEMBER 2018**

### ACCOMPLISHMENTS

Master Sergeant Elliott D. Velez distinguished himself in the performance of outstanding service to the United States as Career Assistance Advisor, 802d Force Support Squadron, 502d Force Support Group, 502d Air Base Wing, Joint Base San Antonio-Randolph, Texas. During this period, Sergeant Velez's keen insight and strategic leadership were critical as he drove professional development for nine higher headquarters, eight wings and 266 mission partners, executing 211 courses for 5,085 Airmen. He organized five Senior Noncommissioned Officer Professional Enhancement Seminars in which he secured key leaders as guest speakers including the 12th and 13th Chief Master Sergeant of the Air Force. Furthermore, Sergeant Velez identified a critical demand for Company Grade Officer enhancement opportunities and stood up three courses for the development of 106 junior officers. Sergeant Velez played a critical role in the redesign of the First Term Airmen Course and was selected to be the test base to validate new material which was implemented Air Force wide. Lastly, he provided guidance to 304 Airmen and served as the Top 3 President, which culminated to being awarded the 502d Force Support Group Senior Noncommissioned Officer of the Quarter four times, the 502d Air Base Wing Senior Noncommissioned Officer of the Quarter, and the 2017 Air Education and Training Command's General Billy J. Boles Mentorship Award.   The singularly distinctive accomplishments of Sergeant Velez reflect great credit upon himself and the United States Air Force.

### GIVEN UNDER MY HAND

**28 August 2018**

LAURA L. LENDERMAN
Brigadier General, USAF
Commander, 502d Air Base Wing



LENDERMAN LAURA LEE 1146198933
Special Order: G-084839   Condition 6
PAS:     RJ0JFTVB      RDP: 17 July 2018



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:
THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF
AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS

AWARDED

## THE MERITORIOUS SERVICE MEDAL

(SECOND OAK LEAF CLUSTER)

TO

### SENIOR MASTER SERGEANT ELLIOTT D. VELEZ

FOR

### MERITORIOUS SERVICE

### 28 September 2018 to 14 June 2021

### ACCOMPLISHMENTS

Senior Master Sergeant Elliott D. Velez distinguished himself in the performance of outstanding service to the United States as Superintendent of Safety, United States Air Force Warfare Center, Nellis Air Force Base, Nevada. During this period, Sergeant Velez led safety programs for a Numbered Air Force staff, 4 wings, 2 named units, and 13,000 Airmen in 21 states.  Upon arrival, he single-handedly covered a two-month gap in both flight and weapons safety disciplines, leading the program through an Air Combat Command Management Inspection with no deficiencies.  Sergeant Velez' career field manager selected him for his expertise to pioneer a Safety Enhancement Networking Team of twelve safety leaders delivering virtual development to over two thousand attendees.  He was handpicked to lead an update to the Air Force's mishap investigation non-aviation course, and to serve on the Safety Automated System Inspection Module working group, evaluating service-wide recommendations.  Sergeant Velez stepped up as wing Occupational Safety Manager for the 57th Wing and Nevada Test and Training Range during manning shortages.  Finally, he garnered two Warfare Center senior non-commissioned officer of the quarter, and one Warfare Center senior non-commissioned officer of the year awards.  Sergeant Velez also earned the Air Force Safety Special Achievement Award in 2019, and contributed to Air Combat Command's Air Force Occupational Safety Tubbs Award win in 2020. The singularly distinctive accomplishments of Sergeant Velez reflect great credit upon himself and the United States Air Force.

### GIVEN UNDER MY HAND

**21 May 2021**

CHARLES S. CORCORAN
Major General, USAF
Commander, USAF Warfare Center



CORCORAN.CHARLES.S.1079608676
Special Order: G-075762   Condition: 6
PAS:    NJ1CFM5V      RDP: 17 March 2021