













TSgt Elliott D. Velez

Presented on behalf of the 56 FW Safety Staff in appreciation of your outstanding support and dedication to the Wing Safety mission. Your superb management skills ensured the flawless execution of Luke's Ground Safety program. Surely, no one has proven more dedicated than one who shows up to work on a Federal Holiday! Columbus would be proud. Best of luck in your future endeavors!

28 February 2011 - 25 October 2013





50
WING CHIEF
AGENCY

MSgt Elliott D. Velez

SEM
of the Quarter

October - December 2015


















*Certificate of Induction*

**MSgt Elliott Velez**

is hereby inducted into the
Senior Noncommissioned Officer Corps
of the
United States Air Force

In the United States Air Force, a Master Sergeant joins an elite group. Sergeant is an ancient, honorable term that denotes a person possessing special skills, trust, and integrity. You are now a Master Sergeant, which means you have mastered the techniques and abilities required of Noncommissioned Officers.

As you progress to Senior Master Sergeant and Chief Master Sergeant, your title will change but not the designation as a Senior Noncommissioned Officer. You are afforded privileges not awarded others and you have freely accepted responsibility above and beyond the normal call of duty. Because of your actions and performance you have earned the respect of your superiors and subordinates.

By experience, performance, and testing you have been advanced to Master Sergeant. You are now a Senior Noncommissioned Officer. You are now required to be the font of wisdom, the ambassador of goodwill, and the authority in personnel relations and technical applications.

Your entire way of life has now been changed. More will be expected of you, more will be demanded of you — not because you are an E-7, but because you are now a Master Sergeant. You have not merely been promoted; you have joined an exclusive society. And, as in all societies, you have a responsibility to its members, even as they have a responsibility to you.

This vital and highly regarded position you have attained exists because of the attitude and performance of the Senior Noncommissioned Officers before you. It shall continue as long as you and your fellow Top Three Noncommissioned Officers maintain these standards.

We take deep sincere pleasure in clasping your hand to welcome you into the Senior Noncommissioned Officer corps.

DAVID R. STATON, CMSgt, USAF
Command Chief, 56th Fighter Wing

MICHAEL D. ROTHSTEIN
Brigadier General, USAF
Commander, 56th Fighter Wing