| RETIREMENT APPLICATION ||| 
|---|---|---|
| Grade/Name: **SMSgt Velez, Elliott D** || SSN: **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** |
| TAFMSD: **07-Jan-2003** | TAFCSD: | DEROS: |
| Unit: **OL A100 AIR COMBAT CM FFS990** |||
| Base: **JB LANGLEY-EUSTIS ABS** |||
| E-mail: **elliott.velez@us.af.mil** |||
| DOS: **08-Aug-3888** || DOR (For Officers): |
| HYT: **07-Jan-2029** || Highest Held Active Duty Grade: |
| **Active Duty Service Commitments** |||
| ADSC 1 Reason / Expiration Date: **11 / 27-Jun-2023** |||
| ADSC 1 Reason / Expiration Date: **85 / 23-Feb-2021** |||
| ADSC 1 Reason / Expiration Date: **10 / 30-Sep-2020** |||

### Eligibility Results

Please review this section carefully. If you believe the information is incorrect, please contact your Military Personnel Flight or the Total Force Service Center for assistance.

You requested to retire on:   01-Feb-2023

During the eligibility review, we found the following:

You require a waiver of your PCS ADSC to retire on the requested date.

### REQUIRED ACTIONS TO COMPLETE YOUR APPLICATION

**Step 1. Waiver Justification.** If the eligibility results above indicate that you need a waiver to retire, you must provide justification and evidence to support your request. You must gather your supporting documents and attach it to your retirement application. If space permits, you may also include the justification in the remarks section below. **Please include the category of your waiver request (Best Interest of the AF or Hardship) with your justification.**

**Step 2. (For enlisted members only) Entitlement to Retired Pay Increase for Extraordinary Heroism.** If you received a medal for extraordinary heroism that contains authorization for the 10 percent increase in retired pay, you must attach a copy of the special order containing the authorization. For more information, refer to AFI 36-3203, *Service Retirements*, paragraph 7.11.

Remarks: Please see the attach document for my signed waiver by my CC. Thank you for any assistance in the matter.

Attachment Included: Yes

**Step 3. Future Mailing Address.** Please provide the following information to expedite your retirement order processing, DD Form 214 preparation, and final pay reporting to DFAS.

Street Address: 4806 Castle Guard

City: San Antonio

| State/Country: Tx | Zip Code/Country Code: 78218 |

**Step 4: Commander's Official Email Address:** For Regular Airmen and Reserve personnel, enter your commander's official email address. For ANG members, include the following email address: NGB.HR.HR.Stat.Tour.Separations.Org@us.af.mil.

Commander's E-mail Address: charles.henderlite@us.af.mil

**Step 5. Submission.** Your commander will be notified via email of your pending application. After the commander provides a recommendation, the retirement approval authority will review your application and notify you of the final decision. **NOTE: Processing time is 4-6 weeks, but varies depending on the type and length of any required waivers.**

| Member's Digital Signature: | Date: |
|---|---|
| This form electronically signed by Elliott Velez, using account EDIPI of 1180381801 on 02/04/2022 16:13 GMT | 04-Feb-2022 |