# Hi-3

Information you entered about yourself, your career, and your retirement planning is shown in the summary below. These inputs, and how they may impact your pension under the Hi-3 retirement plan, are explained in the following graphs and charts. Additional resources can be found at the end of this summary. All amounts are shown in future dollars.

## Your Information

### Personal Information

When were you born? October 1984
What is your Pay Entry Base Date? January 2003
What is your current grade? E-8
What is your Active Service Date? January 2003
What is your estimate of service at separation or retirement? 20 years 2 months

### Retirement Information

Set your life expectancy 85 years
Set your TSP withdrawal age 67 years 0 months
Set your TSP contribution rate 5%
Set your TSP rate of return 7%
Set your TSP rate of return at withdrawal 3%
Set your TSP account balance from Service Member contributions $0



## Career and Retirement

Basic Pay • Service Member TSP • Hi3 Pension

## Total Retirement Package

The Hi-3 retirement plan also includes contributions you make to your own retirement. "Total Retirement Package" includes the value of your own TSP contributions at the rate you plan to invest compounded at the average annual percentage rate you projected, which is shown in yellow.

| | |
|---|---|
| $3,049,195 | Pension (2.5%) |
| $2,740 | Service Member TSP |

**$3,051,935**

## Present Value

"Present Value" shows the sum of all future pension and TSP payments in the year you retire or separate. To determine the present value, a "discount rate" is applied to each payment you will receive in the future. Doing this removes future inflation. This discount is applied annually, so that money in the future is less valuable than it will be to you in the year you retire or separate. You may want to consult with a financial professional for assistance understanding this comparison.

| | |
|---|---|
| $1,187,102 | Pension (2.5%) |
| $308 | Service Member TSP |

**$1,187,410**

\* Dollars represent the year in which you separate or begin to receive monthly retired pay.



## Summary of the TSP Account Balance

## TSP Summary

The "Summary of the TSP Account Balance" graph shows your approximate TSP account balance by calendar year by the amounts you may have contributed to your TSP account. The "TSP Summary" table details the amounts you contribute to your TSP account and the projected lifetime values of your TSP. The first column, "Total Contribution" shows the amount that you will actually contribute to your account during your career, based on the TSP percentage contribution you entered in the calculator. The second column, "Max Account Value" shows the maximum projected value of your TSP account, based on the annual rate of return percentage you entered. This is the projected value of your TSP account before you begin taking withdrawals during retirement. The final column, "Annualized Payment" shows how much you will receive in retirement income from TSP if you were to withdraw an equal amount each year from the age you indicated you would begin withdrawing ("TSP Withdrawal Age") through your estimated life expectancy age.

|  | Total Contribution | Max Account Value | Annualized Payment |
|---|---|---|---|
| Service Member TSP Contribution | $307 | $2,120 | $152 |
| TSP Total | $307 | $2,120 | $152 |

## All Payments

This table estimates the annual military basic pay you will receive, the TSP contributions you may make from your basic pay, the pension you would receive under the Hi-3 retirement plan, and the TSP payouts you would receive.

| Calendar Year | Pay Grade | Military Pay | Service Member TSP Contribution | Hi3 Pension | Service Member TSP Payout | Hi3 Total |
|---|---|---|---|---|---|---|
| 2023 | E-8 | $12,260 | $307 | $29,390 |  | $29,390 |
| 2024 |  |  |  | $35,930 |  | $35,930 |
| 2025 |  |  |  | $36,828 |  | $36,828 |
| 2026 |  |  |  | $37,749 |  | $37,749 |
| 2027 |  |  |  | $38,692 |  | $38,692 |
| 2028 |  |  |  | $39,660 |  | $39,660 |
| 2029 |  |  |  | $40,651 |  | $40,651 |
| 2030 |  |  |  | $41,667 |  | $41,667 |
| 2031 |  |  |  | $42,709 |  | $42,709 |
| 2032 |  |  |  | $43,777 |  | $43,777 |
| 2033 |  |  |  | $44,871 |  | $44,871 |
| 2034 |  |  |  | $45,993 |  | $45,993 |

| Calendar Year | Pay Grade | Military Pay | Service Member TSP Contribution | Hi3 Pension | Service Member TSP Payout | Hi3 Total |
|---|---|---|---|---|---|---|
| 2035 | | | | $47,143 | | $47,143 |
| 2036 | | | | $48,321 | | $48,321 |
| 2037 | | | | $49,529 | | $49,529 |
| 2038 | | | | $50,768 | | $50,768 |
| 2039 | | | | $52,037 | | $52,037 |
| 2040 | | | | $53,338 | | $53,338 |
| 2041 | | | | $54,671 | | $54,671 |
| 2042 | | | | $56,038 | | $56,038 |
| 2043 | | | | $57,439 | | $57,439 |
| 2044 | | | | $58,875 | | $58,875 |
| 2045 | | | | $60,347 | | $60,347 |
| 2046 | | | | $61,855 | | $61,855 |
| 2047 | | | | $63,402 | | $63,402 |
| 2048 | | | | $64,987 | | $64,987 |
| 2049 | | | | $66,612 | | $66,612 |
| 2050 | | | | $68,277 | | $68,277 |
| 2051 | | | | $69,984 | $38 | $70,022 |
| 2052 | | | | $71,733 | $152 | $71,885 |
| 2053 | | | | $73,527 | $152 | $73,678 |
| 2054 | | | | $75,365 | $152 | $75,516 |
| 2055 | | | | $77,249 | $152 | $77,401 |
| 2056 | | | | $79,180 | $152 | $79,332 |
| 2057 | | | | $81,160 | $152 | $81,311 |
| 2058 | | | | $83,189 | $152 | $83,340 |
| 2059 | | | | $85,268 | $152 | $85,420 |
| 2060 | | | | $87,400 | $152 | $87,552 |
| 2061 | | | | $89,585 | $152 | $89,737 |
| 2062 | | | | $91,825 | $152 | $91,976 |
| 2063 | | | | $94,120 | $152 | $94,272 |
| 2064 | | | | $96,473 | $152 | $96,625 |
| 2065 | | | | $98,885 | $152 | $99,037 |
| 2066 | | | | $101,357 | $152 | $101,509 |
| 2067 | | | | $103,891 | $152 | $104,043 |
| 2068 | | | | $106,489 | $152 | $106,640 |
| 2069 | | | | $90,959 | $126 | $91,085 |

## Summary

There are many factors you should consider in the Hi-3 retirement plan. Some of these factors include:

How likely are you to serve for a full career of at least 20 years?

Do you prefer investments with the potential for higher returns even if there is greater risk, or are you more comfortable with conservative investments?

Other on-line resources such as https://www.tsp.gov/index.html offer information on investing.