**JBSA Photo Gallery**

| Keyword .. | Search | Tag .. | Search | All Images ▼ | Upload Date ▼ |



(https://media.defense.gov/2015/Sep/17/2001291177/-1/-1/0/150917-F-PO640-009.JPG)

**150917-F-PO640-009.JPG**
**Photo By: Steve Elliott**

1

JBSA-FORT SAM HOUSTON, Texas - Brig. Gen. Bob LaBrutta (center), commander of the 502nd Air Base Wing and Joint Base San Antonio, signs his Combined Federal Campaign form with the assistance of 2nd Lt. Christina Muncey (left) and Master Sgt. Elliott Velez. Muncey is the wing staff agency CFC project officer and Velez is the installation CFC project officer. The CFC season started Tuesday and runs through Nov. 15. The JBSA goal for this year's campaign is $3.06 million, Velez said. For more information, contact unit CFC representatives or visit http://www.cfcsanantonio.org.

**DOWNLOAD PHOTO** (0.49 MB) (https://media.defense.gov/2015/Sep/17/2001291177/-1/-1/0/150917-F-PO640-009.JPG)

*This photograph is considered public domain and has been cleared for release. If you would like to republish please give the photographer appropriate credit. Further, any commercial or non-commercial use of this photograph or any other DoD image must be made in compliance with guidance found at http://www.dimoc.mil/resources/limitations.html (http://www.dimoc.mil/resources/limitations.html), which pertains to intellectual property restrictions (e.g., copyright and trademark, including the use of official emblems, insignia, names and slogans), warnings regarding use of images of identifiable personnel, appearance of endorsement, and related matters.*

Back to Gallery (https://www.jbsa.mil/News/Photos)

Skip to main content (Press Enter).



**NEWS** — UNITED STATES AIR FORCE

# Airman aids injured teen

Published April 23, 2010

By Airman 1st Class Melanie Holochwost

56th Fighter Wing Public Affairs

**LUKE AIR FORCE BASE, Ariz.** -- Even though Staff Sgt. Elliott Velez, 56th Component Maintenance Squadron war readiness journeyman, isn't in the medical career field, he helped save the life of a 16-year-old autistic boy in Surprise, Ariz., April 8.

"I was on my way home from work and I saw a boy laying face down on the road motionless," Sergeant Velez said. "He was hit by a truck while crossing the street on his bicycle. I saw three people standing around him not doing anything, and I knew I had to help."

Self-aid buddy care was the only medical training Sergeant Velez said he received.

"I have deployed twice and both times I received the extensive version of the self-aid buddy care training," he said. "That training, along with studying for my technical sergeant test, helped me greatly during this emergency. Even though I never had to use the training before, everything clicked, and I knew what to do."

Sergeant Velez said he first assessed the situation.

"I got out of my vehicle and ran to see if he was still alive," he said. "He was unconscious, bleeding from the head and having a really tough time breathing. I instructed the bystanders to help me remove the bike from underneath him and carefully lay him on his back."

Thankfully, an off-duty paramedic approached us with a bag of medical supplies, Sergeant Velez said.

"I briefed him about what happened and he gave me a pair of medical gloves and told me to assist him by whatever means necessary," Sergeant Velez said. "We put an oxygen bottle over his head and took his vitals. Then, the paramedic called in a helicopter so the boy would have a better chance of survival."

Sergeant Velez found a cell phone in the boy's pocket and called his mother.

"It was the hardest phone call I ever had to make," he said. "Finding the words to keep her calm and at the same time letting her know the seriousness of the situation was very difficult."

Then, the helicopter arrived at the scene, Sergeant Velez said.

"I assisted the paramedics with putting a neck brace on the boy and securing him on a stretcher," he said.

The boy spent four to five days in the hospital and was released.

Sergeant Velez said everyone is very proud of him including his supervisors, peers and the injured boy's family.

"Sergeant Velez is the epitome of an NCO we should all aspire to," said Master Sgt. John Acosta, 56th CMS Aircraft Fuel

Systems superintendent. "We are proud to have him as one of our leaders in the section. He steps up for every task given to him. So, it doesn't surprise me he stepped up to help this child."

Master Sgt. Mark Washington, 56th CMS section chief, agrees.

"He is just that type of person," he said. "He is always willing to help anyone, anywhere, at any given time. I'm very lucky to have him working for me."

The boy's family is incredibly thankful for his assistance, according to Airman 1st Class Elizabeth Cassidy, Nellis AFB, Nev., who is related to the injured boy.

"Sergeant Velez is a miracle helper," Airman Cassidy said. "I am so thankful he stopped to help my cousin. I can't imagine what could have happened if he hadn't."





**NEWS** — UNITED STATES AIR FORCE

# Career Assistance Advisors pave the road to professional success

Published Dec. 6, 2016

By Ashley Palacios

502nd Air Base Wing Public Affairs

**JOINT BASE SAN ANTONIO-RANDOLPH, Texas --** Career Assistance Advisors are an often under-utilized resource available to Airmen. In addition to answering career and retirement questions, they can also assist Airmen with finding which professional development classes they can most benefit from.

Advisors can answer questions related to retraining options, retirement and issues with Air Force forms. If they don't know the answer, they can connect you with the people who do.

"The primary goals of career assistance advisors are professional development and providing career guidance to help Airmen make informed decisions," said Senior Master Sgt. Sarah Sullivan, Joint Base San Antonio-Lackland career assistance advisor. "We're here to help. These are people's lives we're dealing with. If there's a gap in the process, we fill it."

Career assistance advisors can also help Airmen find developmental courses which would be the most beneficial to their careers.

Developmental courses are taught by volunteers across JBSA who want to have a positive impact on the lives and careers of Airmen, said Master Sgt. Elliott Velez, JBSA-Randolph career assistance advisor.

The volunteer system not only empowers Airmen to bring their ideas forward and use their skills to teach others, but also encourages other Airmen to follow in their footsteps.

"The Career Assistance Advisor Program is the roadway to professional development, however, the car is driven by the Airmen," said Velez.

Sullivan and Velez encourage Airmen to take advantage of professional development courses. A variety of topics are covered in the courses, but focus on helping Airmen understand Air Force processes such as the Airmen Retraining Program, Palace Chase and the Enlisted Commissioning processes.

"True success comes from learning the process," said Sullivan. "You can then use the process to your advantage."

Some of the upcoming courses being offered across JBSA include a strategic writing seminar, senior non-commissioned officer leadership development, flight chief course, creating a successful organization, John Maxwell's 21 indispensable qualities of a leader and first term airman center profession of arms center of excellence briefer training, just to name a few.

"If Airmen come with an open and trainable mind, they'll get something they can add to their toolbox every time," said Velez.

Airmen of all ranks should take it upon themselves to seek opportunities for growth, continued Velez.

One of Velez's favorite John Maxwell quotes is "change is inevitable but growth is optional."

Velez feels this statement is important because he believes "by stepping outside your comfort zone and being momentarily uncomfortable, you can become a stronger person and a stronger Airman."

Rank-specific courses will be designated as such. Civilians are welcome to attend classes based on availability.

For more information on the professional development courses being offered at JBSA, contact your installation CAA at one of the following locations: 59th Medical Wing at 292-4308, JBSA-Fort Sam Houston at 808-6428, JBSA-Lackland at 671-3815 or the JBSA-Randolph at 652-2525.



httpps://herald-zeitung.com/community_alert/holiday-weekend-included-comal-river-drowning-intoxication-arrests-and-an-upside-down-car-on-i/article_7d53ca5e-de99-11eb-a876-cb5b0812a5c3.html

# Holiday weekend included Comal River drowning, intoxication arrests and an upside down car on I-35

By Will Wright The Herald-Zeitung
Jul 6, 2021

No further details were available Tuesday on Friday's drowning on the Comal River that claimed the life of a 62-year-old New Mexico man.

Police said Albert L. Aranda, 62, from Farmington, New Mexico did not immediately resurface after going through the city Tube Chute. He was pulled from the water but efforts to revive him at the scene and at a New Braunfels hospital were unsuccessful.

David Ferguson, city communications coordinator, said New Braunfels police and fire units arrived on the scene around 3:15 p.m. Friday.

"Officers arrived to find that lifeguards and citizens had pulled the man from the water and lifeguards performed CPR on the man until paramedics arrived on the scene," he said. "The man was then transported to Christus Santa Rosa Hospital in New Braunfels where he was later pronounced deceased."