# SOUTHEASTERN CORRECTIONAL MINISTRY

This is to certify that

## Elliott Velez

HAS SUCCESSFULLY COMPLETED THE PRESCRIBED PROGRAM IN

- What the Bible Teaches
- The Bible Speaks
- A Journey Through the Bible
- Lesson for Christian Living
- Guide to Christian Growth
- Walkin' the Walk
- Born To Win

### DISCIPLESHIP BIBLE STUDY COURSE

- It's Your Choice
- One God, One Way
- God is There
- Doing Time with Jesus
- Managing Anger God's Way
- How to Succeed on the Streets
- Proverbs for Life

and in recognition of this achievement is awarded this

## CERTIFICATE OF COMPLETION

The thirteenth of July 2022

*[signature]*

**Director**
Southeastern Correctional Ministry
40 Kings Way, Hampton, VA 23669

2 Timothy 3:16 NIV
All Scripture is God-breathed and is useful for teaching, rebuking, correcting and training in righteousness, so that the man of God may be thoroughly equipped for every good work.



Hebrews 13:3