

CROSSROADS

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Elliott Velez

HAS SUCCESSFULLY COMPLETED

## WHO ARE YOU?

February 3, 2023
Date

Joseph Pryor
President & CEO, Crossroads