



























# 21 May 2021
## 11:29







































